IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------------------x
PHARMACIA & UPJOHN COMPANY LLC,       )
                                      )
              Plaintiff,              )
                                      )  C.A. No. _____
       v.                             )
                                      )
MAYNE PHARMA (USA) INC.,              )
                                      )
              Defendant.              )
-----------------------------------------------------------------x
```

## RULE 7.1.1 STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, plaintiff states that Pharmacia & Upjohn Company LLC is a subsidiary of Pharmacia & Upjohn LLC, which is a wholly-owned subsidiary of Pharmacia Corporation, which is a wholly-owned subsidiary of Pfizer, Inc.

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        /s/ Maryellen Noreika

        Jack B. Blumenfeld (#1014)
        Maryellen Noreika (#3208)
        1201 N. Market Street
        P.O. Box 1347
        Wilmington, DE  19899
        (302) 658-9200
         *Attorneys for Plaintiff*
         *Pharmacia & Upjohn Company LLC*

OF COUNSEL:

Daniel A. Boehnen
Grantland G. Drutchas
Joshua R. Rich
Nicole Keenan
**MCDONNELL BOEHNEN HULBERT & BERGHOFF LLP**
300 S. Wacker Drive
Chicago, IL  60606
(312) 913-0001

September 7, 2006