# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

```
-----------------------------------------------------------------x
                                                                 )
PHARMACIA & UPJOHN COMPANY LLC,                                  )
                                                                 )
                Plaintiff,                                       )
                                                                 )   C.A. No. 06-554-UNA
        v.                                                       )
                                                                 )
MAYNE PHARMA (USA) INC.,                                         )
                                                                 )
                Defendant.                                       )
-----------------------------------------------------------------x
```

## NOTICE OF DISMISSAL

Please take notice that, pursuant to Fed. R. Civ. P. 41(a)(1), plaintiff Pharmacia & Upjohn Company LLC dismisses this action without prejudice.

> MORRIS, NICHOLS, ARSHT & TUNNELL LLP
>
> */s/ Maryellen Noreika (#3208)*
> _____
> Jack B. Blumenfeld (#1014)
> Maryellen Noreika (#3208)
> 1201 N. Market Street
> P.O. Box 1347
> Wilmington, DE  19899
> (302) 658-9200
>   *Attorneys for Plaintiff*
>   *Pharmacia & Upjohn Company LLC*

OF COUNSEL:

Daniel A. Boehnen
Grantland G. Drutchas
Joshua R. Rich
Nicole Keenan
**MCDONNELL BOEHNEN HULBERT & BERGHOFF LLP**
300 S. Wacker Drive
Chicago, IL  60606
(312) 913-0001

September 13, 2006